IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROOSEVELT HARRIS                                                PLAINTIFF

VS.                              CIVIL ACTION NO. 3:18:-CV-00059-DPJ-FKB

MURPHY OIL-USA, INC.                                          DEFENDANT

## MOTION FOR WITHDRAW AS COUNSEL

COMES NOW, MARSHALL SANDERS, legal Counsel to Plaintiff, Roosevelt Harris, in this his Motion To Withdraw As Counsel and will show the Court the following:

1. That said Counsel and Plaintiff have reached an impasse in their relationship where irreparable conflict has occurred such that said legal Counsel does not believe that he can continue to properly represent the interest of the Plaintiff.

2. That the Plaintiff should be allowed to obtain other legal Counsel to go forward with his case herein, and MARSHALL SANDERS should be allowed to withdraw as legal Counsel.

WHEREFORE PREMISES CONSIDERED, Movant, MARSHALL SANDERS, asks that he be allowed to withdraw as Counsel in this matter, and that the Plaintiff be given sufficient time to obtain other legal counsel to prosecute his claim in this matter.

RESPECTFULLY SUBMITTED,

*/s/Marshall Sanders*_____
MARSHALL SANDERS, ATTORNEY
FOR PLAINTIFF

<u>CERTIFICATE</u>

I, MARSHALL SANDERS, Attorney for the Plaintiff do hereby certify that I have this day electronically filed with the Court, his Motion To Withdraw As Counsel, and notice of the same will be sent to the following:

Honorable D. Sterling Kidd
Baker, Donelson, Bearman
Caldwell & Berkowitz, P.C.
100 Eastover Center
Suite 400
Jackson, MS 39211
skidd@bakerdonelson.com

THIS the 3rd day of July, 2018.

*/s/Marshall Sanders*
MARSHALL SANDERS

MARSHALL SANDERS
ATTORNEY AT LAW
MSB #6444
1115 MONROE STREET
P.O. BOX 67
VICKSBURG, MS 39183-2951
(601) 636-0846
TELEPHONE:  (601) 636-0846
FACSIMILE:   (601) 636-2754
Marshallsanders29@gmail.com