IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 30 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

Roosevelt Harris                                      PLAINTIFF

VS.                                CIVIL Ac. No. 3:18-cv-00059-DPJ-FKB

Murphy Oil USA, Inc                                   DEFENDANT

---

PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE

TO AMENDED MOTION TO WITHDRAW

---

COMES NOW, Roosevelt Harris, Plaintiff in the above

captioned and numbered civil action who files this his Plaintiff's

Reply to Defendant's Response to Amended Motion to

Withdraw and in support thereof Plaintiff will show

unto this Honorable Court the following to-wit:

## I

That on the 18th day of July, 2018, Plaintiff's counsel of record filed an amended motion to withdraw as counsel in the instant civil action, sub judice, citing, inter alia:

"...that said legal counsel does not believe that he can continue to properly represent the interest of the plaintiff..."

Exhibit A, pg. (1) of (2)

## II

That on or about the 25th day of July, 2018, Plaintiff received via U.S. Postal Service, defendant's response to counsel's amended motion to withdraw. (Exhibit B).

Harris now reply as follows.

## III

IT IS CRYSTAL CLEAR THAT HARRIS'S COUNSEL OF RECORD

HAS TAKEN EVERY LIBERTY TO SABOTAGE PLAINTIFF'S POSITION IN

THE CASE AT BAR. AS TO PARAGRAPH I OF DEFENDANT'S RESPONSE,

PLAINTIFF, WITHOUT WAIVING NOR DIMINISHING ANY RIGHTS

OF ENTITLEMENT REPLIES:

I AM UNABLE TO PROCEED IN A TIMELY MANNER

WITH THIS LITIGATION. I REQUIRE THE GUIDING HAND OF COMPETENT

COUNSEL. I HEREBY REQUEST THIS HONORABLE COURT TO GRANT ME

A REASONABLE TIME TO ACQUIRE COMPETENT COUNSEL. SHOULD PLAINTIFF

DUE TO HIS PRESENT INCARCERATION NOT BE ABLE TO ACQUIRE SUCH

THEN I RESPECTFULLY MOVE THIS HONORABLE COURT TO APPOINT COUNSEL

As to Paragraph II of Defendant's Response, Plaintiff Replies:

Harris has no knowledge of any such Discovery Request(s) nor whether or not Record Counsel does. However, Harris has attempted to acquire a complete copy of Counsel's file in this case. Harris hereby Request this Honorable Court to so compel Counsel Marshall Sanders (MSB# 6444), 1115 Monroe St., P.O. Box 67, Vicksburg Ms. 39183, to Provide Harris with a complete copy of all Papers in his Possession Received and Originating in Civil Ac. No. 3:18-cv-00059-DPJ-FKB.  As to Paragraph III within, Exhibit B, Plaintiff Replies:

Again, Harris, has not been informed of any such Deadlines current nor Otherwise. Sanders has not informed Harris of the existence of such. Harris, hereby moves

this honorable court to extend any such record existing deadlines in light of this evidenced crisis and until competent counsel has appeared in this civil action.

done this 25 day of July, 2018.

Respectfully Submitted

Mr. Roosevelt Harris # 142877
Plaintiff
CMRCF
33714 Hwy 35
Yazoo M.J. 39176

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT THE UNDERSIGN HAS THIS DAY CAUSED

TO BE MAILED VIA U.S. POSTAL SERVICE, POSTAGE PRE-PAID

THE FOREGOING REPLY TO DEFENDANT'S RESPONSE TO AMENDED MOTION TO

WITHDRAW TO:

Hon. SANDRA CAMPBELL
U.S. DISTRICT CT. CLERK'S OFFICE
U.S. DISTRICT COURT S. DIST. MISS.
501 E. COURT St. RM 2.500
JACKSON MS. 39201

Hon. D. STERLING KIDD
ATTORNEY AT LAW
P.O. BOX 14167
JACKSON MS. 39236

Hon. MARSHALL SANDERS, ESQ.
P.O. BOX 67
VICKSBURG MS. 39183

DONE THIS 26th DAY OF July, 2018.

MR. ROOSEVELT HARRIS #142877
PLAINTIFF
CMRCF
33714 HWY 35
VAIDEN MS. 39176