IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROOSEVELT HARRIS                                                                                               PLAINTIFF

v.                                                                                   CIVIL ACTION NO.: 3:18-cv-59-DPJ-FKB

MURPHY OIL USA, INC.                                                                                      DEFENDANT

### ORDER

THIS CAUSE comes on this date on the *sua sponte* motion of the Court for an order for a writ of habeas corpus ad testificandum requiring that **Roosevelt Harris, MDOC No. 142877,** be present at the motion hearing in this matter.

IT IS, THEREFORE, ORDERED that a writ of habeas corpus ad testificandum issue forthwith from this Court directing the Superintendent to transport the above-named to appear before the Honorable F. Keith Ball, United States Magistrate Judge, United States District Court for the Southern District of Mississippi, in the Thad Cochran United States Courthouse, 501 E. Court Street, Courtroom No. 5D, Jackson, Mississippi, on **Wednesday, August 8, 2018, at 3:00 p.m.,** for a motion hearing in this matter. Thereafter, upon being dismissed by the Court, the above-named will be returned to the above named institution or to such other institution as is designated by the Superintendent thereof, where he may be lawfully incarcerated.

SO ORDERED, this the 6th day of August, 2018.

*/s/ F. Keith Ball*
United States Magistrate Judge